EDWARD D. FARRELL, as Receiver of the COBLESKILL QUARRY COMPANY, Respondent, *v.* PATRICK RYAN et al., Appellants.

*Farrell v. Ryan*, 90 App. Div. 617, affirmed.
(Argued October 16, 1905; decided October 27, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered

March 9, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*W. H. Johnson* and *Watson Lamont* for appellants.

*Herman Aaron* and *John H. Rogan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: GRAY and O'BRIEN, JJ.